Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Mohammad, *et al.*,

     Plaintiff(s),

v.

Antony Blinken, *et al.*,

     Defendant(s).

Case No: 3:21-cv-07861-KAW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Alexandra Zaretsky , an active member in good standing of the bar of New York State , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Mohammad, H.S.P., and S.A.P. in the above-entitled action. My local co-counsel in this case is Melissa S. Keaney , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| One Battery Park Plaza, 4th Floor New York, NY 10004 | PO Box 2291 Fair Oaks, CA 95628 |
| MY TELEPHONE # OF RECORD: (646) 522-3043 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (916) 546-6125 |
| MY EMAIL ADDRESS OF RECORD: azaretsky@refugeerights.org | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: mkeaney@refugeerights.org |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5833561 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/07/21

          Alexandra Zaretsky
             APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Alexandra Zaretsky is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 15, 2021

           *Kandis Westmore*
        UNITED STATES DISTRICT/MAGISTRATE JUDGE