1

2

3

4

5

6

7               UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10    MOHAMMAD, et al.,                    Case No. 21-cv-07861-RS

              Plaintiffs,

11

      v.

12                                         **ORDER GRANTING PLAINTIFFS'
                                           ADMINISTRATIVE MOTION FOR
      ANTONY BLINKEN, et al.,              LEAVE TO PROCEED UNDER
13                                         PSEUDONYM**

              Defendants.

14

15

16          Having considered Plaintiffs' Administrative Motion to Proceed Under Pseudonyms,

17    Plaintiff Mohammad's Declaration filed in support thereof, and good cause appearing therefor, the

18    Court hereby ORDERS as follows:

19          Plaintiffs' Administrative Motion to Proceed Under Pseudonym is GRANTED. Plaintiff

20    Mohammad shall be allowed to proceed using the pseudonym "Mohammad." All parties shall use

21    Plaintiff's pseudonym in all documents filed on the public docket in this action and shall be

22    prohibited from using Plaintiff's real name in such documents. Pursuant to Federal Rule of Civil

23    Procedure 5.2(e), for any document filed with the Court on the public docket that contains

24    Plaintiff's real name, the name and any other personally identifying information may be redacted

25    and replaced with applicable Doe designations.

26

27    **IT IS SO ORDERED**.

28

United States District Court
Northern District of California

United States District Court
Northern District of California

1   Dated: November 16, 2021

2

3   RICHARD SEEBORG
    Chief United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING LEAVE TO PROCEED UNDER PSEUDONYM
CASE NO. 21-cv-07861-RS

2