BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
Office of Immigration
District Court Section
YAMILETH G. DAVILA
Assistant Director
SERGIO SARKANY (CABN 223584)
Trial Attorney

    Office of Immigration Litigation
    U.S. Department of Justice
    P.O. Box 868
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 598-5624
    sergio.f.sarkany@usdoj.gov

*Attorneys for Defendants.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHAMMAD, et al., | C 4:21-cv-07861 RS |
|     Plaintiffs, | **STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS MUST FILE A RESPONSE AND [~~PROPOSED~~] ORDER** |
| v. | |
| BLINKEN, et al., | |
|     Defendants. | |

Stip to Extend Time
C 3:21-08742 MMC

1

Plaintiffs, by and through their attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate to a 30-day extension of time within which the Defendants must serve their answer or otherwise respond in the above-entitled action. The Parties will work in good faith to try to resolve Plaintiffs' claims during this extension period, and anticipate meeting and conferring in early January to discuss progress. Defendants will file their response on or before January 18, 2022.

The parties further request a corresponding extension on the related deadlines for filing a summary judgment motion under the Court's Immigration Mandamus Scheduling Order. *See* ECF No. 10. Currently, if Plaintiffs have not filed a motion for summary judgment by 90 days after the Complaint was filed, or January 5, 2022, Defendants must file a motion for summary judgment by 120 days after the Complaint was served, or February 4, 2022. In light of the agreed-upon extension for Defendants' response to the Complaint, the parties request that, if Plaintiffs have not filed a motion for summary judgment by February 5, 2022, Defendants must file their motion for summary judgment by March 7, 2022, with all associated deadlines for oppositions, counter-motions and replies adjusted accordingly, *see* ECF. No. 10.[1]

---

[1] In accordance with Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stip to Extend Time
C 3:21-08742 MMC

DATED: December 10, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHY
Director

YAMILETH G. DAVILA
Assistant Director

*/s/ Sergio Sarkany*
SERGIO SARKANY
Trial Attorney

*Attorneys for Defendants*

DATED: December 10, 2021

Respectfully submitted,

*/s/ Melissa S. Keaney*

Melissa S. Keaney (CA State Bar. No. 265306)
INTERNATIONAL REFUGEE ASSISTANCE PROJECT
mkeaney@refugeerights.org
PO Box 2291
Fair Oaks, CA 95628
Tel: (916) 546-6125
Facsimile: (929) 999-8119

Alexandra Zaretsky
azaretsky@refugeerights.org
Mariko House
mhirose@refugeerights.org
INTERNATIONAL REFUGEE ASSISTANCE PROJECT
One Battery Park Plaza
Fourth Floor
New York, NY 10004
Tel: (646) 522-3043
Facsimile: (929) 999-8119

*Attorneys for Plaintiffs*

Stip to Extend Time
C 3:21-08742 MMC

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED. Defendant's response to the Complaint is due by January 18, 2022, and Plaintiffs must file their motion for summary judgment by February 5, 2022.

IT IS SO ORDERED.

Date: December 10, 2021

_____
HON. RICHARD SEEBORG
United States District Court Judge

Stip to Extend Time
C 3:21-08742 MMC